597 A.2d 84

IN THE MATTER OF JOSEPH C. STRANSKY,
AN ATTORNEY AT LAW.

October 18, 1991.

## ORDER

This matter having come before the Court on the application of JOSEPH C. STRANSKY, of DUNELLEN for the lifting of restraints on his attorney business and trust accounts that were imposed by this Court's Order of August 6, 1990, and good cause appearing;

It is ORDERED that the petition for the lifting of restraints on respondent's business and trust accounts is hereby granted.